

Mike Canning <mikecanning@utah.gov>

## Re: SITLA Land Block Valuation Estimates
1 message

**Joel Ferry** <joelferry@utah.gov>  Tue, Nov 19, 2024 at 8:09 AM
To: Mike Canning <mikecanning@utah.gov>
Cc: Justin Shirley <justinshirley@utah.gov>, Riley Peck <rileypeck@utah.gov>, Todd Adams <toddadams@utah.gov>

Mike,

This is exactly what I was looking for. Thanks for putting this together. I will work this through the appropriations and see what the response is. I'll let you know if I need any other information regarding these parcels.



### Joel Ferry
Executive Director

**W:** (801) 538-7201
**E:** joelferry@utah.gov

Utah Department of Natural Resources

   naturalresources.utah.gov

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

On Tue, Nov 19, 2024 at 8:01 AM Mike Canning <mikecanning@utah.gov> wrote:
> Joel,
>
> The DWR Lands team has completed an estimate of the values of 4 SITLA land blocks: Book Cliffs Roadless, North La Sal, South La Sal, and Sand Ledges. The summary table is attached, and the best estimate for the 4 blocks is ▮▮▮▮▮▮▮▮▮▮.
>
> The team did not include an estimate for Tabby Mountain because of the current litigation. The 2018 appraisal for Tabby Mountain came in at ▮▮▮▮▮▮. Based on current comps, Tabby Mountain may appraise for somewhere ▮▮▮▮▮▮▮▮.
>
> So, the bottom line is that we may be able to get all five properties for ▮▮▮▮▮▮. If we need to prioritize, I would love to be able to acquire the Book Cliffs Roadless, Tabby Mountain, and La Sal North for somewhere around ▮▮▮▮▮▮. If we're down to just the best of the best, the Book Cliffs and Tabby would likely be around ▮▮▮▮▮▮▮▮.
>
> Please let us know if you need anything else.
>
> Mike